UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AYSIA BIVENS,

    Plaintiff,

v.                                              CASE NO. 8:22-cv-47-SDM-TGW

MY REALTY EDGE CORP.,

    Defendant.
_____/

## ORDER

In accord with the plaintiff's notice (Doc. 44), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure.

ORDERED in Tampa, Florida, on July 6, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE